IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYLON HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12 C 4276 |
| ) | |
| COUNTY OF COOK ILLINOIS, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TYLON HUDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12 C 5063 |
| ) | |
| JOHN MUELLER, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

Appointed counsel Thomas Zimmerman, Jr. ("Zimmerman") for pro se plaintiff Tylon Hudson ("Hudson," who had originally filed his Complaint pro se) has filed, and this Court has today granted, motions with supporting memoranda for leave to withdraw as Hudson's counsel in both of these cases. Those thoughtfully prepared and comprehensive documents, as submitted by Zimmerman, serve very much the same function as the well known <u>Anders</u> motions and briefs in criminal cases.

Accordingly this Court will follow the same procedure that is uniformly applied in such <u>Anders</u>-type situations by granting Hudson (to whom a copy of this memorandum order is being transmitted) until March 27, 2013 to submit any argument that in

his view negates the conclusion reached by Zimmerman "that Hudson's claims are wholly frivolous and without merit." In the absence of any timely response by Hudson, or alternatively if this Court determines that Hudson has not effectively countered the conclusion reached in counsel's <u>Anders</u>-type submission, this Court anticipates dismissing both of these lawsuits.

                                       _____
                                       Milton I. Shadur
                                       Senior United States District Judge

Date: March 6, 2013