IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

TYLON HUDSON,                    )
                                 )
           Plaintiff,            )
                                 )
     v.                          )    No.  12 C 4276
                                 )
COUNTY OF COOK ILLINOIS, et al., )
                                 )
           Defendants.           )
_____)
                                 )
TYLON HUDSON,                    )
                                 )
           Plaintiff,            )
                                 )
     v.                          )    No.  12 C 5063
                                 )
JOHN MUELLER, et al.,            )
                                 )
           Defendants.           )

                           MEMORANDUM ORDER

     On March 6, 2013 this Court issued a brief memorandum order ("Order") that granted pro se plaintiff Tylon Hudson ("Hudson"), whose appointed counsel has filed the equivalent of an Anders motion and brief explaining his view "that Hudson's claims are wholly frivolous and without merit," the opportunity to respond on or before March 27 by submitting anything that in his own view negated counsel's conclusion.[1]  Nothing whatever has been forthcoming from Hudson, and as foreshadowed in the Order this Court agrees with former counsel's evaluation of Hudson's claims.

---

     [1] As with the typical Anders submission, this Court simultaneously granted the appointed lawyer leave to withdraw as Hudson's counsel in both of these cases.

Accordingly it dismisses both of these lawsuits.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 28, 2013